# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| YOLANDA BELL, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 16-0959 (RC) |
| DEPARTMENT OF DEFENSE, | : | |
| Defendant. | : | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, is hereby

**ORDERED** that Defendant's Motion for Summary Judgment [16] is **GRANTED**, and it is further

**ORDERED** that Plaintiff's *Ex Parte* Letter [35], and the relief requested therein, is **DENIED**, and it is further,

**ORDERED** that Plaintiff's Motion to Amend [30] is **DENIED**.

**SO ORDERED.**

Date: September 27, 2018

_____/s/_____
RUDOLPH CONTRERAS
United States District Judge